**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

SOPHIA D. SPENCE, )
)
    Plaintiff, )
) Case No.:
    vs. )
)
SUN LIFE ASSURANCE COMPANY )
)
OF CANADA, )
)
    Defendant. )

**COMPLAINT**

COMES NOW the Plaintiff, SOPHIA D. SPENCE, by and through the undersigned attorney, and files this Complaint stating a cause of action against Defendant, SUN LIFE ASSURANCE COMPANY OF CANADA, and alleges as follows:

1. This is an action for recovery of benefits under an employee welfare benefit plan brought pursuant to 29 U.S.C. §1132(a)(1)(b)(ERISA).

2. Plaintiff, SOPHIA D. SPENCE, is an adult resident citizen of Okaloosa County, Florida.

3. Defendant, SUN LIFE ASSURANCE COMPANY OF CANADA (hereinafter "SUN LIFE"), is a foreign corporation authorized to engage and engaging in business within the State of Florida.

4. This Court maintains subject matter jurisdiction over this action pursuant to 29 U.S.C. § 1132(e) and 28 U.S.C. § 1331.

5. Effective on or about January 1, 2013, Plaintiff and/or her employer, Sandestin Investments, LLC, purchased through her employer a contract of salary continuance insurance including long term disability (LTD) benefits (hereinafter "the LTD Plan").

6. At all times material to this Complaint, the Plan was in full force and effect and Plaintiff was a Plan participant.

7. Defendant, SUN LIFE, is in possession of all master Plan documents.

8. Defendant is a third party plan administrator or claims fiduciary given discretion to interpret Plan provisions and is a Plan fiduciary, or alternatively, is a plan fiduciary without discretion to interpret Plan provisions.

9. On or about November 3, 2015, Plaintiff became totally disabled from her past employment as defined by the Plan, due to fibromyalgia, cervical and lumbar pain, pelvic pain, angina pectoris, muscle spasms, carpal tunnel, anxiety, depression, and other exertional and non-exertional impairments.

10. On or about February 12, 2016, Plaintiff made an application for disability benefits under the Plan.

11. Plaintiff's application for benefits was approved by Defendant or its agents on or about March 9, 2016 with benefits beginning on February 1, 2016.

12. Defendant or its agents terminated Plaintiff's benefits on or about July 28, 2016 with no payments paid beyond June 30, 2016.

13. Plaintiff appealed said denial of benefits on or about August 4, 2016.

14. On or about August 18, 2016, Defendant acknowledged receipt of Plaintiff's appeal.

15. On or about September 21, 2016, Defendant upheld its previous denial.

16. Plaintiff continues to remain totally disabled from employment, as defined by the Plan, due to fibromyalgia, cervical and lumbar pain, pelvic pain, angina pectoris, muscle spasms, carpal tunnel, anxiety, depression, and other exertional and non-exertional impairments.

17. Plaintiff has exhausted all mandatory administrative remedies afforded by the Plan and has otherwise complied with all conditions precedent to this action.

18. Each of the Defendant's denials of Plaintiff's claims for LTD benefits was arbitrary and capricious, constituted abuse of Defendant's discretion under the Plan, and derogated Plaintiff's right to disability benefits under the terms of the Plan.

WHEREFORE, Plaintiff prays for a judgment against the Defendant for all Plan benefits owing at the time of said judgment, pre-judgment interest, attorney's fees, costs of this action, and all other relief deemed just and proper by the Court.

Dated: February 6, 2017        /s/ *Nick A. Ortiz*
Nick A. Ortiz
Florida Bar No. 12699
Ortiz Law Firm
823 E. Jackson St.
Pensacola, FL 32501
(850) 308-7833(P)
(850) 208-3613 (F)
nick@nickortizlaw.com
Counsel for Plaintiff